JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORLANDO GARCIA<br><br>Plaintiff,<br><br>v.<br><br>L ROSE LLC, a California Limited Liability Company; JDE LLC, a California Limited Liability Company; EUROSTAR, INC., a Delaware Corporation; and Does 1-10,<br><br>Defendant. | Case No.  2:20-CV-06900-AB-JC<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-

1.

open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 6, 2021     _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.